UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROSALINE CARTER, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:16-cv-431 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| SYLVIA MATHEWS BURWELL, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved all pending claim brought in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 9, 2018      /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge